UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ARKADII RAMONOV,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.

_____/

Case No. 1:26-cv-350

Honorable Jane M. Beckering

## **ORDER**

This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement at the North Lake Processing Center in Baldwin, Lake County, Michigan.

In Petitioner's § 2241 petition, Petitioner challenges the constitutionality of his current detention following a bond hearing in the Detroit Immigration Court, and asks the Court to, *inter alia*, issue a writ of habeas corpus ordering Respondents to release Petitioner from custody. (Pet., ECF No. 1, PageID.13.) In an Order entered on February 3, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) Respondents filed their response on February 6, 2026. (ECF No. 6.)

In Respondents' response, they indicate that they "can provide an audio recording of the bond hearing upon the Court's request." (*Id.*, PageID.44 n.1.) The Court orders that, on or before

the third business day after entry of this Order, Respondents shall file transcripts or, if transcripts are not available, recordings, of the January 13, 2026, hearing before the Immigration Judge.

    **IT IS SO ORDERED**.


Dated:    February 13, 2026              /s/ Jane M. Beckering
                                                               Jane M. Beckering
                                                               United States District Judge